Clear Form

FILED
JUL 0 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
JUL - 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

JOE NATHAN HOMER
                    Plaintiff
CV 08                    CASE NO. 80 1 3 8 MISC

vs.

CHOCTAW NATION OF OKLAHOMA
                    Defendant.

**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**    **CRB**
(Non-prisoner cases only)

I, JOE NATHAN HOMER, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?                    Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.

2 | _____

3 | _____

4 | _____

5 | 2.    Have you received, within the past twelve (12) months, any money from any of the

6 | following sources:

7 |     a.    Business, Profession or                  Yes ____ No __✓__

8 |         self employment?

9 |     b.    Income from stocks, bonds,             Yes ____ No __✓__

10 |         or royalties?

11 |     c.    Rent payments?                         Yes __✓ No ____

12 |     d.    Pensions, annuities, or                Yes ____ No ____

13 |         life insurance payments?

14 |     e.    Federal or State welfare payments,     Yes ____ No __✓__

15 |         Social Security or other govern-

16 |         ment source?

17 | If the answer is "yes" to any of the above, describe each source of money and state the amount

18 | received from each.

19 | _____

20 | _____

21 | 3.    Are you married?                  Yes ____ No __✓__

22 | Spouse's Full Name: _____

23 | Spouse's Place of Employment: _____

24 | Spouse's Monthly Salary, Wages or Income:

25 | Gross $_____ Net $_____

26 | 4.    a.    List amount you contribute to your spouse's support:$ _____

27 |     b.    List the persons other than your spouse who are dependent upon you for support

28 |         and indicate how much you contribute toward their support.  (NOTE: For minor

- 2 -

1    children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2    _____

3    _____

4    5.    Do you own or are you buying a home?        Yes ____ No ____

5    Estimated Market Value: $_____ Amount of Mortgage: $_____

6    6.    Do you own an automobile?        Yes ____ No ____

7    Make _____ Year _____ Model _____

8    Is it financed? Yes _____ No _____ If so, Total due: $ _____

9    Monthly Payment: $ _____

10   7.    Do you have a bank account?  Yes ____ No ____ (Do not include account numbers.)

11   Name(s) and address(es) of bank: _____

12   _____

13   Present balance(s):  $ _____

14   Do you own any cash?  Yes ____ No ____ Amount: $ _____

15   Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

16   market value.)        Yes ____ No ____

17   _____

18   8.    What are your monthly expenses?

19   Rent: $ _550. 90_        Utilities:  _89. 00_

20   Food: $ _250. 00_        Clothing:  _50. 00_

21   Charge Accounts:

22   Name of Account          Monthly Payment          Total Owed on This Account

23   JOE TOBIE      $ ___50. 00___      $ _____

24   _____  $ _____      $ _____

25   _____  $ _____      $ _____

26   9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom

27   they are payable.  Do not include account numbers.)

28   _____

- 3 -

1

2  10.    Does the complaint which you are seeking to file raise claims that have been presented in

3  other lawsuits?   Yes ____  No __✓

4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

5  which they were filed.

6

7

8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a

9  false statement herein may result in the dismissal of my claims.

10

11  July 9, 2008        Joel R. Homer

12       DATE                    SIGNATURE OF APPLICANT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -