IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE NATHAN HOMER,<br><br>    Plaintiff,<br><br>  v.<br><br>CHOCTAW NATION OF OKLAHOMA, ET AL.,<br><br>    Defendant.                / | No. C 08-80138 CRB<br><br>**ORDER DENYING LEAVE TO FILE** |

    On July 9, 2008, Plaintiff Joe Nathan Homer presented the complaint in this action to the Clerk's Office for filing. Because Plaintiff has been declared a vexatious litigant by a District Court Judge of this Court, the matter was referred to the undersigned General Duty Judge for a determination whether Plaintiff should be permitted to file the complaint.

    The vexatious litigant order, dated October 23, 2006, states that Plaintiff shall seek leave of court to file "any new suit alleging that the defendant is or should be in possession of documents demonstrating that Plaintiff or his ancestors have Native American blood."

    As best the Court can determine from the complaint – which includes various attachments but no statement of the facts or claims that form the basis of the action – Plaintiff is alleging that the Choctaw Nation and its officials are withholding documentary evidence of Plaintiff's Choctaw heritage. As a result, Plaintiff's complaint falls squarely within the ambit of this Court's vexatious litigant order.

Judges of this Court have dismissed numerous suits against the Bureau of Indian Affairs, United States Department of Interior, and the Creek Nation alleging identical claims on the ground that Plaintiff's claims were "frivolous and harassing," and "patently without merit." There is nothing in Plaintiff's current complaint to indicate that it merits a different fate. Accordingly, leave to file is DENIED. The motion to proceed in forma pauperis is DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated: July 21, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE