IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE NATHAN HOMER,<br><br>    Plaintiff,<br><br>  v.<br><br>CHOCTAW NATION OF OKLAHOMA, ET AL.,<br><br>    Defendant.                       / | No. C 08-80138 CRB<br><br>**JUDGMENT** |

Having denied Plaintiff's request for leave to file a new suit, judgment is entered in favor of Defendants and against Plaintiff Joe Nathan Homer.

**IT IS SO ORDERED.**

Dated: July 21, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\80138misc\Judgment.wpd