IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE NATHAN HOMER, | No. C 08-80138 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CHOCTAW NATION OF OKLAHOMA, ET AL., | |
| Defendant. | |

Having denied Plaintiff's request for leave to file a new suit, judgment is entered in favor of Defendants and against Plaintiff Joe Nathan Homer.

**IT IS SO ORDERED.**

Dated: July 21, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\80138misc\Judgment.wpd